IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. 19-3249 |
| ) | |
| JEFFREY EISENTRAUT,   ) | |
| ) | |
| Respondent.   ) | |

## ORDER TO SHOW CAUSE

RICHARD MILLS, United States District Judge:

Upon the petition, the exhibits attached thereto and upon the motions to enforce an Internal Revenue Summons filed by the United States in this case; it is:

ORDERED that Respondent, Jeffrey Eisentraut, appear before the United States District Court for the Central District of Illinois, Springfield Division, Courtroom 2, on the  8th  day of  January , 2020 at 2:00 p.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on April 16, 2019.  It is further:

ORDERED that a copy of this Order, together with the petition and the exhibits attached thereto, be served upon Respondent, Jeffrey Eisentraut, five (5) days prior to the hearing date, by personal service, or, if the United States is unable to effect personal service, by leaving a copy of this Order, petition and exhibits at

Respondent Jeffrey Eisentraut's last known address, and by mailing copies thereof by certified mail to Respondent Jeffrey Eisentraut at the last known address. In accordance with the provision of Rule 4(c)(1) of the Federal Rules of Civil Procedure, such service may be effected by any revenue officer, revenue agent, or special agent of the Internal Revenue Service or by any United States Marshal.

SO ORDERED this  4th, day of  December, 2019.

FOR THE COURT:

/s/ *Richard Mills*
Richard Mills
United States District Judge